UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TERRELL,
    Plaintiff,

-vs.-                                    Case No. 2:12-cv-12238
                                              Hon.  Patrick J. Duggan

STELLAR RECOVERY, INC.,
    Defendant.
_____

## STIPULATION TO DISMISS
## CASE WITH PREJUDICE AND WITHOUT COSTS

      The parties stipulate to the dismissal of this case with prejudice and without costs to either party.


/s/ Gary Nitzkin                              /s/ Steven A. Siman
Gary D. Nitzkin (P41155)               Steven A. Siman (P20480)
Attorney for Plaintiff                       Attorney for Defendant
Nitzkin & Associates                     3250 West Big Beaver Road, Suite 344
22142 West Nine Mile Road           Troy, MI 48084-2902
Southfield, Michigan  48034          (248) 643-4700
(248) 353-2882                               sas@simanlaw.net
gnitzkin@creditor-law.com



UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TERRELL,
    Plaintiff,

-vs.-                                            Case No. 2:12-cv-12238
                                                      Hon. Patrick J. Duggan

STELLAR RECOVERY, INC.,
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

At a session of court held in the United States District Court for
the Eastern District of Michigan
on November 26, 2012.

Present: Hon. Patrick J. Duggan

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the promises therein;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: November 26, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, November 26, 2012, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager